Todd Kennedy, Esq
Nev. Bar No. 6014
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
tkennedy@kclawnv.com

*Attorneys for Jennifer Katz*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER KATZ,<br><br>Defendant. | Case No.: 2:23-CV-01571-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[FIRST REQUEST] |

Plaintiff Wells Fargo Bank, N.A. and Defendant Jennifer Katz stipulate as follows:

1. Defendant Katz was served with the Complaint on October 12, 2023. The deadline for filing a response is presently November 2, 2023.

2. The parties have agreed that in order to allow time for recently retained counsel to consult with the Defendant and investigate, the time for Defendant to respond to the Complaint shall be extended two weeks to November 14, 2023.

3. This is the first request to extend time to respond to the Complaint.

Dated November 2, 2023.

| SNELL & WILMER L.L.P | KENNEDY & COUVILLIER, PLLC |
|---|---|
| /S/ Kelly H. Dove, Esq. | /S/ Todd E. Kennedy, Esq. |
| Kelley H. Done, Esq. (Bar No. 10569) | Todd E. Kennedy (Bar No. 6014) |
| Jennifer L. McBee, Esq. (Bar No. 9110) | 3271 E. Warm Springs Road |
| 3883 Howard Huges Pkwy, Suite 1100 | Las Vegas, NV 89120 |
| Las Vegas, NV 89169 | Tel: 702-608-7931 |
| Tel: 702-784-5200 | Fax: 702-625-6367 |
| Fax: 702-784-5252 | tkennedy@kclawnv.com |
| kdove@swlaw.com | *Attorneys for Jennifer Katz* |
| jmcbee@swlaw.com | |
| *Attorneys for Wells Fargo* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2023