Todd Kennedy, Esq
Nev. Bar No. 6014
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
tkennedy@kclawnv.com

*Attorneys for Jennifer Katz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER KATZ, <br><br> Defendant. | Case No.: 2:23-CV-01571-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> [SECOND REQUEST] |

Plaintiff Wells Fargo Bank, N.A. and Defendant Jennifer Katz stipulate as follows:

1. Defendant Katz was served with the Complaint on October 12, 2023. The Parties initially stipulated to extend the time to respond two weeks to November 14, 2023 (ECF No. 6).

2. The parties have agreed that, in light of ongoing discussions for potential resolution, it is in the interest of economy to further extend the time an additional three weeks to and including December 5, 2023.

3. This is the second request to extend time to respond to the Complaint.

Dated November 13, 2023.

| SNELL & WILMER L.L.P | KENNEDY & COUVILLIER, PLLC |
|---|---|
| /S/ Kelly H. Dove, Esq. | /S/ Todd E. Kennedy, Esq. |
| Kelley H. Done, Esq. (Bar No. 10569) | Todd E. Kennedy (Bar No. 6014) |
| Jennifer L. McBee, Esq. (Bar No. 9110) | 3271 E. Warm Springs Road |
| 3883 Howard Huges Pkwy, Suite 1100 | Las Vegas, NV 89120 |
| Las Vegas, NV 89169 | Tel:  702-608-7931 |
| Tel:  702-784-5200 | Fax:  702-625-6367 |
| Fax: 702-784-5252 | tkennedy@kclawnv.com |
| kdove@swlaw.com | *Attorneys for Jennifer Katz* |
| jmcbee@swlaw.com | |
| *Attorneys for Wells Fargo* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2023